Dismissed and Opinion filed May 8, 2003









Dismissed and Opinion filed May 8, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-03-00371-CR;

        
14-03-00372-CR

____________

 

JASON PETE HERNANDEZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 180th District Court

Harris
County, Texas

Trial
Court Cause Nos. 882,097 & 882,099

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to two counts of aggravated
sexual assault of a child 
on April 29, 2002.  In
accordance with the terms of plea bargain agreements with the State, the trial
court sentenced appellant on March 3, 2003, to 12 years= incarceration in the Texas
Department of Criminal Justice, Institutional Division.  Appellant filed pro se notices of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed May 8, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).